Brian W. LaCorte (012237)
lacorteb@ballardspahr.com
Jonathon A. Talcott (030155)
talcottj@ballardspahr.com
**BALLARD SPAHR LLP**
1 East Washington Street, Suite 2300
Phoenix, Arizona 85004-2555
Telephone: (602) 798-5400
Facsimile:  (602) 798-5595

Anthony C. Kaye (Admitted *pro hac vice*)
kaye@ballardspahr.com
Tesia Stanley (Admitted *pro hac vice*)
stanleyt@ballardspahr.com
**BALLARD SPAHR LLP**
201 South Main Street, Suite 800
Salt Lake City, Utah 84111-2221
Telephone:  (801) 531-3000
Facsimile:  (801) 531-3001

Attorneys for Defendant, Juicy Vapor, LLC

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BBK Tobacco & Foods, LLP, an Arizona limited liability partnership, d/b/a HBI International,<br><br>Plaintiff,<br><br>vs.<br><br>Juicy Vapor, LLC, a New York limited liability company, Doe corporations XX through ZZ, and Doe Individuals 1 through 10,<br><br>Defendant. | No. CV-13-00048-PHX-ROS<br><br>**NOTICE OF SERVICE OF SUBPOENA TO PRODUCE DOCUMENTS** |

Pursuant to Federal Rules of Civil Procedure 45(a)(4) and 45(b)(1), notice is hereby given that on March 20, 2014, Defendant Juicy Vapor, LLC ("Juicy Vapor") issued Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises In a Civil Action and caused them to be served on the following:

1. EMSL Analytical, Inc.

2. Dynadot, LLC

3. 420 Magazine, Inc.

Copies of the Subpoenas Duces Tecum are attached hereto as Exhibit A-C.

RESPECTFULLY SUBMITTED this 20th day of March 2014.

**BALLARD SPAHR LLP**

 */s/ Anthony C. Kaye*
Brian W. LaCorte (012237)
lacorteb@ballardspahr.com
Jonathon A. Talcott (030155)
talcottj@ballardspahr.com
1 East Washington Street, Suite 2300
Phoenix, Arizona 85004-2555
Telephone: (602) 798-5400
Facsimile: (602) 798-5595

Anthony C. Kaye (*pro hac vice*)
kaye@ballardspahr.com
Tesia Stanley (Admitted *pro hac vice*)
stanleyt@ballardspahr.com
201 South Main Street, Suite 800
Salt Lake City, Utah 84111-2221
Telephone: (801) 531-3000
Facsimile: (801) 531-3001

Attorneys for Defendant, Juicy Vapor, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2014, I electronically transmitted the attached document to the Clerk's Office using CM/ECF System for filing and distribution to the following registered participants of the CM/ECF System:

Frank Garrett Long
flong@dickinsonwright.com
Charles S. Price
cprice@dickinsonwright.com
Dickinson Wright/Mariscal Weeks
2901 N. Central Avenue, Suite 200
Phoenix, AZ  85012

Dianne M. Smith-Misemer
dsm@hoveywilliams.com
Hovey Williams LLP
10801 Mastin Boulevard, Suite 1000
Overland Park, KS  66210

Richard Righi
rick@righilaw.com
Melissa Lin
Melissa@righilaw.com
Righi Law Group
2111 E. Highland, Suite B440
Phoenix, AZ  85016


 /s/ Anthony C. Kaye

3